| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | KELLI L. TAYLOR<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA  95814 |
| 4 | Telephone:  (916) 554-2700<br>Facsimile:  (916) 554-2900 |
| 5 | |
| 6 | Attorneys for the United States |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET SNODGRASS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, AND DOES 1-20, INCLUSIVE,<br><br>　　　　　Defendant. | CASE NO.  2:18-CV-1653 TLN DMC<br><br>STIPULATION OF DISMISSAL AND ORDER |

　　　　IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action shall be dismissed with prejudice pursuant to the attached Settlement Agreement, each party to bear its own attorneys' fees and costs.

　　　　1. The Parties hereby request that the Court dismiss the above-styled case, Case No. 2:18-cv-01653, with prejudice by signing the attached order.  The Clerk of the Court is requested to enter this dismissal in the official docket.

　　　　2. Notwithstanding the entry of a dismissal herein, the United States District Court for the Eastern District of California (Troy L. Nunley, District Judge) shall retain jurisdiction to enforce the terms of this Settlement Agreement and the Parties agree that this Court shall be the sole venue for any dispute arising hereunder.

///

| | | |
|---|---|---|
| Dated: September 5, 2018 | | McGREGOR W. SCOTT<br>United States Attorney |
| | | */s/ Draft*<br>KELLI L. TAYLOR<br>Assistant United States Attorney |
| Dated: September 5, 2018 | | LAW OFFICES OF MORGAN & KELLEY |
| | | */s/ Draft*<br>ARTHUR L. MORGAN<br>Attorneys for Plaintiff |

## **ORDER**

Case No. 2:18-cv-01653 is hereby DISMISSED IN ITS ENTIRETY WITH PREJUDICE.

The Clerk of the Court is directed to enter this Order in the official docket.

Notwithstanding the entry of a dismissal herein, the Court (Troy L Nunley, District Judge) shall retain jurisdiction to enforce the terms of this Settlement Agreement.

IT IS SO ORDERED.

Dated: September 10, 2018

Troy L. Nunley
United States District Judge